# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

136304

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEBORAH K. SMITH,
        Plaintiff-Appellant,

v

                                 SC: 136304
                                 COA: 280582
                                 WCAC: 07-000006

ADVANCE TEMPORARY SERVICES, INC.,
and ACCIDENT FUND INSURANCE
COMPANY OF AMERICA,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CORRIGAN, J., would refer attorney Stephen J. Smith to the Attorney Grievance Commission due to his behavior at the hearing before the magistrate.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008                                                        _____

0910                                                               Clerk